# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BRIAN HOWARD'S CHARTER FISHING, LLC and LAURENCE EMORY WALKER, JR. | § § § § | PLAINTIFFS |
| v. | § § | Civil Action No. 1:10cv207-HSO-JMR |
| TRANSOCEAN, LTD., *et al.* | § | DEFENDANTS |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

BEFORE THE COURT is Plaintiffs' Motion to Dismiss [25] filed on September 8, 2010. No Defendant has filed an answer or other dispositive motion. Having considered the Motion, the record, and the relevant legal authorities, the Court finds that Plaintiffs' Motion should be granted, and that this action should be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, for the reasons more fully stated herein, the Plaintiffs' Motion to Dismiss [25] filed on September 8, 2010, should be and hereby is **GRANTED**, and this civil action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this 9th day of September, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE